IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | 8:04CR218 |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| FREDERICK ALLEN MCCORMICK, | ) ) | |
| Defendant. | ) | |

Pursuant to the Opinion of the Eighth Circuit Court of Appeals remanding this case to the district court for resentencing pursuant to *United States v. Booker,* 125 S. Ct. 738 (2005),

IT IS ORDERED:

1.  That resentencing of the defendant is scheduled before the undersigned on **December 1, 2005, at 2:30 p.m.,** Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant must be present for this hearing.

**2. The U.S. Marshal's Office is directed to return the defendant to this district for the above hearing.**

3.  Counsel for the defendant is reappointed to represent the defendant for this resentencing.

DATED this 19th day of October, 2005.

BY THE COURT:

**s/ Joseph F. Bataillon**
United States District Judge