IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                          )<br>                    Plaintiff,              )<br>                                                          )<br>          v.                                          )<br>                                                          )<br>FREDERICK ALLEN MCCORMICK,    )<br>                                                          )<br>                    Defendant.          ) | 8:04CR218<br><br>ORDER RESCHEDULING<br>RESENTENCING HEARING |

Pursuant to the Opinion of the Eighth Circuit Court of Appeals remanding this case to the district court for resentencing pursuant to *United States v. Booker,* 125 S. Ct. 738 (2005),

IT IS ORDERED:

1.   That, at the request of defendant's counsel, resentencing of the defendant is rescheduled before the undersigned on **February 3, 2006, at 1:30 p.m.,** Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  The defendant must be present for this hearing.

**2.  The U.S. Marshal's Office is directed to return the defendant to this district for the above hearing.**

DATED this 24th day of October, 2005.

BY THE COURT:

**s/ Joseph F. Bataillon**
United States District Judge