IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | 8:04CR218 |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| FREDERICK ALLEN MCCORMICK, | ) ) | |
| Defendant. | ) ) | |

Pursuant to the Opinion of the Eighth Circuit Court of Appeals remanding this case to the district court for resentencing (Filing No. 73),

IT IS ORDERED that a hearing is scheduled before the undersigned on **October 5, 2007, at 2:00 p.m.,** Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  The defendant must be present for this hearing.

DATED this 14th day of September, 2007.

BY THE COURT:

**s/ Joseph F. Bataillon**
United States District Judge